1
2
3
4              UNITED STATES DISTRICT COURT
5                  DISTRICT OF NEVADA
6                        * * *
7  JEREMIE SCHENKER,              )    2:11-CV-01047-PMP-GWF
                                  )
8          Plaintiff,              )
                                  )    **ORDER**
9   vs.                            )
                                  )
10 CIRCLE K STORES, INC.,          )
                                  )
11         Defendant.              )
                                  )
12
13        The Court having considered the arguments of counsel presented at the
14 hearing conducted September 6, 2011 regarding Defendant's fully bribed Motion to
15 Dismiss (Doc. #5) and good cause appearing,
16        **IT IS ORDERED that** Defendant Circle K Stores, Inc.'s Motion to
17 Dismiss (Doc. #5) is **DENIED**.
18        **IT IS FURTHER ORDERED that** Defendant's Motion to Strike
19 Response to Motion to Dismiss (Doc. #14) is **GRANTED** and Plaintiff's Counter
20 Motion for Leave to File Supplemental Authorities (Doc. #16) is **DENIED**.
21
22 DATED: September 12, 2011.

                                  _____
                                  PHILIP M. PRO
                                  United States District Judge