UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEREMIE SCHENKER,<br><br>    Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC.,<br><br>    Defendant. | 2:11-CV-01047-PMP-GWF<br><br>**ORDER** |

The Court having considered the arguments of counsel presented at the hearing conducted September 6, 2011 regarding Defendant's fully bribed Motion to Dismiss (Doc. #5) and good cause appearing,

**IT IS ORDERED that** Defendant Circle K Stores, Inc.'s Motion to Dismiss (Doc. #5) is **DENIED**.

**IT IS FURTHER ORDERED that** Defendant's Motion to Strike Response to Motion to Dismiss (Doc. #14) is **GRANTED** and Plaintiff's Counter Motion for Leave to File Supplemental Authorities (Doc. #16) is **DENIED**.

DATED: September 12, 2011.

_(signature)_

PHILIP M. PRO
United States District Judge