Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Christina M. Mallatt
Nevada Bar No. 9112
christina.mallatt@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Circle K Stores, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIE SCHENKER,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCLE K STORES, INC.,<br><br>Defendant. | CASE NO.:  2:11-cv-01047-PMP-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Jeremie Schenker and Defendant Circle K Stores, Inc., by and through their respective counsel, that the above–entitled action be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED:

Dated this 31 day of January, 2012.

*(signature)*

Robert W. Lueck
Nevada Bar No. 1489
528 S. Casino Center Drive
#311
Las Vegas, NV 89101

*Attorney for Plaintiff*

Dated this 31 day of January, 2012.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*(signature)*

Anthony L. Martin
Nevada Bar No. 8177
Christina M. Mallatt
Nevada Bar No. 9112
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant Circle K Stores, Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated this 31st day of January 2012.

*(signature)*

DISTRICT COURT JUDGE

11642503.1 (OGLETREE)

2