1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   Christina M. Mallatt
3  Nevada Bar No. 9112
   christina.mallatt@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Wells Fargo Tower
5  Suite 1500
   3800 Howard Hughes Parkway
6  Las Vegas, NV  89169
   Telephone:  702.369.6800
7  Fax:  702.369.6888

8  *Attorneys for Defendant Circle K Stores, Inc.*

9              UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF NEVADA

11

12  JEREMIE SCHENKER,                    CASE NO.:  2:11-cv-01047-PMP-GWF

13              Plaintiff,               **STIPULATION AND ORDER FOR**
    vs.                                  **DISMISSAL WITH PREJUDICE**
14
    CIRCLE K STORES, INC.,
15
                Defendant.
16

17

18          IT IS HEREBY STIPULATED by and between Plaintiff Jeremie Schenker and Defendant

19  Circle K Stores, Inc., by and through their respective counsel, that the above–entitled action be

20  dismissed with prejudice in its entirety, each party to bear its own fees and costs.

21  / / /

22  / / /

23  / / /

24  / / /

25

26  / / /

27  / / /

28  / / /

IT IS SO STIPULATED:

Dated this 31 day of January, 2012.

*(signature)*
Robert W. Lueck
Nevada Bar No. 1489
528 S. Casino Center Drive
#311
Las Vegas, NV 89101

*Attorney for Plaintiff*

Dated this 31 day of January, 2012.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*(signature)*
Anthony L. Martin
Nevada Bar No. 8177
Christina M. Mallatt
Nevada Bar No. 9112
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant Circle K Stores, Inc.*

## ORDER

**IT IS SO ORDERED.**

Dated this 31st day of January 2012.

*(signature)*
DISTRICT COURT JUDGE

11642503.1 (OGLETREE)

2